## J. D. YEARGAIN v. VENABLE, Judge.

No. A-9579. Nov. 18, 1938.
(84 P. 2d 813.)

John H. Venable, of Miami, pro se.

Mac Q. Williamson, Atty. Gen., and Jess L. Pullen, Asst. Atty. Gen., for respondent.

PER CURIAM. The application for writ of mandamus in this case is identical with the application of J. D. Yeargain, Sr., this date decided by this court. 65 Okla. Cr. 225, 84 P. 2d 812. The only difference being that the writ in this case was asked in reference to a case pending against the defendant in the county court.

For the reasons stated in the opinion in the case of J. D. Yeargain, Sr., the application for writ of mandamus in this case is denied.